55 A.3d 1048

**PROCTER & GAMBLE PAPER PRODUCTS COMPANY, Appellee**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Oct. 16, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2012, the order of the Commonwealth Court is **AFFIRMED.**